# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AQUENDIUS C. WALKER

NO. 2021 KW 0065

**APRIL 22, 2021**

---

In Re:    Aquendius C. Walker, applying for supervisory writs,
          32nd Judicial District Court, Parish of Terrebonne,
          No. 13-FELY-654715.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** The notice of intent contains an unsigned Order. Therefore, counsel failed to include documentation of a timely request for a return date and the actual return date set by the lower court. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-5(C)(11). Relator also failed to indicate in the Affidavit the telephone numbers of the judge, opposing counsel, and the method used to perfect service upon them. See Rule 4-5(A). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  If counsel elects to file a new writ which includes proof of a timely requested return date, she may do so on or before May 21, 2021, and counsel should include a copy of this ruling and the entire contents of this writ application.

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT